UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE LYDIA SCHWEER FAMILY TRUST,
by and through trustee, Arlene Fuqua,

    Plaintiff,

v.        CASE NO: 8:09-cv-2451-T-26MAP

ALFRED DINGLER, PRIME INSURANCE
AGENCY, and THE HARTFORD INSURANCE
COMPANY,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that the Joint Unopposed Motion for Extension of Time (Dkt. 19) is granted. The Court enters the following amended case management and scheduling order:

    1) The discovery deadline is extended until March 2, 2011.

    2) The Plaintiff's expert disclosure deadline is extended until April 11, 2011.

    3) The Defendants' expert disclosure deadline is extended until May 9, 2011.

    4) The dispositive motion filing deadline is extended until May 30, 2011.

    5) The parties' pretrial statement is due on July 1, 2011.

    6) The trial of this case is continued to the August 2011 trial month commencing August 1, 2011.

7) The Court requests that United States Magistrate Judge Mark A. Pizzo reschedule the pretrial conference for a date and time convenient to his calendar and consistent with the new trial date.

**DONE AND ORDERED** at Tampa, Florida, on September 24, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record